# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ALVA R. COLLINS**                                               **PLAINTIFF**

**v.**                 **No. 3:25-cv-00145-LPR-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                           **DEFENDANT**

## ORDER

Plaintiff's motion to proceed *in forma pauperis* (*Doc. 1*) is GRANTED. Plaintiff may proceed without prepayment of fees and costs. The Clerk of Court will notify the Commissioner of this case pursuant to Rule 3 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

So Ordered 28 July 2025.

_____
UNITED STATES MAGISTRATE JUDGE