**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ALVA R. COLLINS** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00145-LPR**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 14). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.[1]

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner in this case.

DATED this 12th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] The RD contains a scrivener's error at page 4, second-to-last paragraph, second sentence: "in bed, on the cousin, or in a recliner" is supposed to be "in bed, on the couch, or in a recliner." The fact that it is a scrivener's error is clear from the context of the sentence and paragraph.